Dismissed and Memorandum Opinion filed May 17, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00275-CR

____________

 

JUAN PABLO CAMACHO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 338th District Court


Harris County, Texas

Trial Court Cause No. 1240421

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to aggravated sexual assault
of a child under 14 years.  In accordance with the terms of a plea bargain
agreement with the State, the trial court sentenced appellant on March 14, 2011,
to confinement for 15 years in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a pro se notice of appeal.  We
dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Frost, Jamison, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b)